UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NATTEL, LLC, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 1:06-cv-0254-DFH-TAB |
| ATA HOLDINGS CORP., et al., ) | |
| MATLINPATTERSON GLOBAL ADVISERS ) | |
| LLC, and OFFICIAL COMMITTEE OF ) | |
| UNSECURED CREDITORS OF ATA ) | |
| HOLDINGS CORP., ) | |
| ) | |
| Appellees. ) | |
| IN RE: ) | |
| ) | |
| ATA HOLDINGS CORP., et al., ) | Bankruptcy Court |
| ) | No. 04-19866 (BHL) |
| Debtors. ) | (Chapter 11) |

ORDER DENYING EMERGENCY MOTION FOR STAY
OF PLAN CONFIRMATION PENDING APPEAL

The court held a hearing on February 23, 2006 on appellant's emergency motion for stay of plan confirmation pending appeal of the decision of the United States Bankruptcy Court confirming a plan of reorganization and denying a stay pending appeal. Counsel for appellant, debtors, and the official creditors committee appeared and presented argument. The appellant's motion for a stay pending appeal is hereby denied for reasons set forth in more detail in open court

-2-

on the record. In summary, appellant has not shown a likelihood of success as to its standing or the merits of its appeal, and it has not shown any likelihood of substantial irreparable harm if a stay is denied. The balance of harms overwhelmingly favors denial of a stay, as does the public interest. Even if the court were inclined to grant any stay, it would be necessary to require security of at least $250 million in cash or its equivalent because of the serious risk that a stay would upset the complex set of inter-related transactions scheduled for closing no later than February 28, 2006, which are essential for the continued viability of the debtors.

So ordered.

Date: February 23, 2006
Time:    6:30 p.m.

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Lisa Beckerman
Akin Gump Strauss Hauer & Feld LLP
lbeckerman@akingump.com

C.R. Bowles Jr.
Greenebaum Doll & McDonald PLLC
CRB@gdm.com

James M. Carr
BAKER & DANIELS
jim.carr@bakerd.com

Duncan N. Darrow
Sidley Austin Brown & Wood LLP
ddarrow@sidley.com

Terry Elizabeth Hall
BAKER & DANIELS
terry.hall@bakerd.com

Shalom Kohn
Sidley Austin Brown & Wood LLP
skohn@sidley.com

Joseph F. McGonigal
Office of the United States Trustee
joe.mcgonigal@usdoj.gov

Jack E. Robinson
NatTel, LLC
Robinsonesq@aol.com